# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

---

| | |
|---|---|
| **JOHN F. CURRAN, III.,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| vs. | |
| **WEPFER MARIN SERVICES, INC., ET AL.,** | **CASE NO: 20-1229-STA-jay** |
| Defendants. | |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal entered on January 26, 2021, this cause is hereby **DISMISSED** with prejudice, with each party to bear their own costs.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 1/26/2021

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By)  Deputy Clerk